UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **10-2515**


Mario RendonVelez v. Attorney General USA



ORDER VACATING OPINION AND JUDGMENT




It appearing that the opinion and judgment in the above-captioned matter was processed prematurely, the opinion and judgment entered on July 18, 2011 is hereby vacated.




For the Court,
/s/ Marcia M. Waldron
Clerk

Dated: July 19, 2011